G. ROXANNE ELINGS (*pro hac vice pending*)
   roxanneelings@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 489-8230
Facsimile: (212) 489-8340

ADAM S. SIEFF (CA Bar No. 302030)
   adamsieff@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017
Telephone: (213) 633-6800
Facsimile: (213) 633-6899

Attorneys for Plaintiffs
GARAN, INC. and GARAN SERVICES CORP.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARAN, INC. and GARAN SERVICES CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>GHOST MANAGEMENT GROUP, LLC; WEEDMAPS MEDIA, LLC dba WEEDMAPS,<br><br>Defendants. | Case No.<br><br>**COMPLAINT FOR:**<br><br>**(1) Trademark Dilution in Violation of 15 U.S.C. § 1125(c);**<br><br>**(2) Contributory Trademark Dilution in Violation of 15 U.S.C. § 1125(c);**<br><br>**(3) Trademark Dilution in Violation of Cal. Bus. & Prof. Code § 14247;**<br><br>**(4) Unfair Competition in Violation of Cal. Bus. & Prof. Code §§ 17200, *et seq.***<br><br>**JURY TRIAL DEMANDED** |

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899

Plaintiffs Garan, Inc. and Garan Services Corp. (collectively, "Garan" or "Plaintiffs"), for their complaint against defendants Ghost Management Group, LLC and Weedmaps Media, LLC dba Weedmaps ("Defendants"), allege as follows:

## **PRELIMINARY STATEMENT**

1. The GARANIMALS brand has been a fixture in American culture since the early 1970s, when Garan first coined the fanciful and arbitrary GARANIMALS trademark. GARANIMALS was founded on a simple but unique concept: to help parents affordably dress their young children in comfortable clothing that is easy to mix and match. The GARANIMALS brand is sold through more than 4,700 Walmart stores across the United States, where 90 percent of the population resides within 10 miles of a Walmart store.

2. Garan discovered that sellers on Defendants' website platform are infringing the GARANIMALS Marks by using the fanciful and arbitrary GARANIMALS trademark to advertise, promote, distribute, import/export, offer for sale and/or sell cannabis-derived goods under a "Garanimals" name (the "Infringing Products"). These products are illegal for most uses in most states.

3. By recent count, Defendants' website platform contains and promotes at least 87 listings for "Garanimals" cannabis products sold by cannabis dispensaries in California.

4. On August 14, 2020, counsel for Garan sent Defendants a cease and desist letter notifying Defendants that its advertisement and promotion of the Infringing Products bearing the GARANIMALS Marks, or any variations thereof, tarnishes Garan's goodwill and reputation—as well as the innocent and wholesome nature associated with the GARANIMALS brand (which is child and family friendly)—and also blurs and weakens the public's association of the GARANIMALS brand and GARANIMALS Marks with GARANIMALS products. Attached hereto as **Exhibit 1** is a true and correct copy of Garan's demand letter to Defendants, dated August 14, 2020, with images of the Infringing Products.

COMPLAINT

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899

5.     Defendants' unlawful advertisement and promotion of the Infringing Products has impaired—and continues to impair—the distinctive character and reputation of the GARANIMALS Marks in violation of, *inter alia*, Section 43(c) of the Lanham Act, 15 U.S.C. §1125(c), and various state and common laws.

6.     Garan has suffered actual damages as a result of Defendants' acts, and unless Defendants are enjoined, will continue to suffer the same.  Garan accordingly files this action pursuant to Section 43(c)(1) and 15 U.S.C. § 1125 (c)(1) to enjoin and recover damages and restitution from Defendants' unpermitted use of the GARANIMAL trademark in connection with the sale of cannabis and cannabis-related products.

## **PARTIES**

7.     Plaintiff Garan, Incorporated is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business located at 200 Madison Avenue, New York, New York 10016.

8.     Plaintiff Garan Services Corporation is a wholly owned subsidiary of Garan, Incorporated and is organized and existing under the laws of the State of Delaware, with its principal place of business located at 200 Madison Avenue, New York, New York 10016.

9.     Defendant Ghost Management Group, LLC is a Delaware entity registered to do business in California.  Ghost Management Group, LLC's principal place of business is 41 Discovery, Irvine, California 92618.

10.     Defendant Weedmaps Media, LLC d/b/a Weedmaps is a Delaware entity registered to do business in California.  Weedmaps' principal place of business is 41 Discovery, Irvine, California 92618.

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899

**JURISDICTION AND VENUE**

11.     The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1338(a), 28 U.S.C. § 1338(b), 15 U.S.C. § 1121(a), and 28 U.S.C. § 1367.

12.     This Court has personal jurisdiction over Defendants because Defendants conduct business in this district and jurisdiction. Personal jurisdiction is also proper over Defendants because Defendants distribute, manufacture, advertise, promote, market, offer for sale and sell cannabis goods under the infringing GARANIMAL Mark and otherwise conduct business in California, including in this judicial district, resulting in injury to Garan in California, including in this district.

13.     Venue in this district is proper pursuant to 28 U.S.C. § 1391(b) because, among other reasons, a substantial part of the events giving rise to the claims alleged occurred in this district and further, on information and belief, Defendants transact business within this district and distribute, manufacture, advertise, promote, market, offer for sale and sell goods in this district in a manner that dilutes and tarnishes Garan's trademark rights.  Venue is also proper pursuant to 28 U.S.C. § 1391(d), as Defendant's contacts with this district would be sufficient to establish personal jurisdiction within this district were it its own state.

**FACTS COMMON TO ALL CLAIMS**

**A.     The Garanimals Brand**

14.     The GARANIMALS brand has been a fixture in American culture since the early 1970s, when Garan first coined the fanciful and arbitrary trademark. Since then, Garan has continuously used GARANIMALS alone or in combination with other words and/or designs, many of which are federally registered (collectively, the "GARANIMALS Marks") to distribute, market, advertise, promote, offer for sale and/or sell children's apparel, including hosiery, undergarments, outerwear and sleepwear; footwear; headwear, including hats and caps; books; bedding; games and

COMPLAINT

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899

toys (including "plush", bath, and learning toys) ("GARANIMALS Products") to parents and grandparents for use by their children and grandchildren.

15.     The GARANIMALS brand quickly gained recognition for its innovative system of using animal hang-tags to help with the selection of clothes at the point-of-sale and sewn-in animal labels to assist children with mixing and matching tops and bottoms.

16.     The brand loyalty that GARANIMALS first cemented in the 1970s and 1980s has persisted over several generations as children and grandchildren who grew up wearing GARANIMALS Products now buy GARANIMALS Products for their own children and grandchildren.

17.     Now, close to fifty years since its inception, GARANIMALS is one of the most famous trademarks in the United States. This is in large part due to Garan's significant investment in the national distribution, promotion and advertisement of the GARANIMALS brand and the uniqueness of the GARANIMALS tagging system which led to its ubiquitous place in the American vocabulary.

18.     Since 2007, Garan has invested tens of millions of dollars to market and advertise the GARANIMALS brand. Garan has consistently marketed the GARANIMALS brand on multiple platforms such as mail, print (*Parents*, *American Baby* and *People en Español*), television (network and cable channels including ABC Family, Animal Planet, Discovery, MTV, Bravo, Fuse, WE, VH1, CMTV, E!, Lifetime, POP and 23 Spanish-language networks such as Univision, Telemundo, and ESPNDeportes), and social media (Facebook, Instagram and YouTube).

19.     The GARANIMALS Products are frequently featured on Walmart's social media accounts as well as its own. In 2019, Garan's Facebook advertising around the GARANIMALS brand reached more than 10 million people and resulted in more than 35 million impressions (i.e., the number of people reached through additional engagement).

5

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899

20.     Today, GARANIMALS is sold through Walmart, the largest retailer in the United States, with over 4,700 stores nationwide and through its website (walmart.com). GARANIMALS is also marketed through the GARANIMALS website at www.garanimals.com (where the consumer is redirected to the Walmart website).

21.     GARANIMALS popularity has translated into significant retail sales of more than $4,000,000,000 during the last five years alone, representing a significant market share.

22.     Based on the longevity in popularity and success of GARANIMALS, it is no surprise that the brand is an integral part of American culture and enjoys a high degree of recognition nationally.

23.     As an example, the NPD Group, a market research company, recently found that the GARANIMALS brand ranks second in brand awareness among the general adult population in connection with children's clothing brands, ahead of vertically integrated competitors with their own brick and mortar stores such as Old Navy, Children's Place and Baby Gap.

24.     GARANIMALS popularity and fame is reflected by the high degree of unsolicited media attention it has received, including at *The Academy Awards Show*, *The Tonight Show with Jimmy Fallon*, *Saturday Night Live*, *Glee*, *Shameless*, and in connection with news stories covering everything from fashion to pop culture to politics, as reported in *The Wall Street Journal*, *Newsweek*, *Entertainment Weekly*, *The Washington Post*, *GQ* and *The New York Times*. GARANIMALS has been connected to and/or mentioned by prominent  American cultural figures, including President Joe Biden, and celebrities Ryan Seacrest, Ryan Gosling, Zach Galifianakis, and Bryan Cranston; become synonymous with a system of mixing and matching separates; been credited as the inspiration for many fashion start-ups and trends; mentioned in several books and featured in at least one book on popular culture, *From ABBA to Zoom: A Pop Culture Encyclopedia of the Late 20th Century*, by David

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899

Mansaur; featured in the award-winning and iconic *Dilbert* comic strip; featured in the *NY Times* crossword puzzle; and, on a plethora of other occasions, has been the subject of various political and other popular and well-known internet memes.

25.     Because of its longevity of continuous use, extensive advertising, nationwide distribution, and high volume of sales of GARANIMALS Products, GARANIMALS Marks are famous and widely recognized by consumers throughout the United States. Accordingly, the GARANIMALS Marks enjoys substantial recognition and goodwill.

**B.     The Garanimals Marks**

26.     In addition to being famous, the GARANIMALS Marks are distinctive.

27.     The GARANIMALS Marks are coined, fanciful and arbitrary, and many of the GARANIMALS Marks are registered under Section 2(f), indicating that the GARANIMALS Marks have achieved acquired distinctiveness.

28.     Garan holds trademark applications and registrations for the GARANIMALS Marks throughout the world, more than 30 in the United States alone, including GARANIMALS, GARANIMAL, GARANIMALS EVERYDAY, GARANIMALS READING ZOO, 365 KIDS FROM GARANIMALS. *See* **Exhibit 2.** Garan's earliest trademark registrations date from the 1970s and 1980s, and include additional applications from as recently as 2020.

29.     Many of Garan's federal registrations of its GARANIMALS Marks are incontestable within the meaning of Section 15 of the Lanham Act, 15 U.S.C. § 1065, and constitute conclusive evidence that the marks are valid and that Garan is entitled to exclusive use of the GARANIMALS Marks in commerce throughout the United States in connection with the goods related thereto.

**C.     Defendant's Unlawful Activities**

30.     Decades after the GARANIMALS marks acquired their distinction and fame, Defendant began to promote and advertise—and continues to promote and advertise—the GARANIMALS Marks in connection with the commercial

COMPLAINT

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899

distribution and sale of cannabis and cannabis-related products in markets within the State of California, including counties located within this judicial district.

31.     Defendants have capitalized on the strength and fame of the GARANIMALS Marks by advertising and promoting cannabis and cannabis-related goods bearing the GARANIMALS Marks to consumers via its website platform.

32.     Upon and information and belief, Defendants promote and advertise the Infringing Products bearing the GARANIMALS Marks and/or confusingly similar marks, to consumers.

33.     Defendants' promotion and advertisement of GARANIMALS Marks in connection with cannabis products tarnishes and blurs, and thus dilutes, the GARANIMALS brand.  The GARANIMALS brand is a wholesome, family-oriented children's brand.  Consumers associate GARANIMALS-branded products—which can be mixed, matched, and collected—with the playful, whimsical innocence of childhood.  The value of a GARANIMALS product, as distinguished from other children's clothes and toys, derives from these associated feelings and impressions, as well as the memories GARANIMALS have made with American consumers across their lives during the past 50 years.  GARANIMALS relies upon these connections to market and sell products, and to develop new products that will appeal to these same sentiments and establish future generations of loyal customers.

34.     By impermissibly promoting cannabis-derived products that are controversial and in some cases illegal, Defendants tarnish and damage the reputation of the GARANIMALS brand by affiliating it with products and conduct that are inconsistent with the wholesome, playful, innocent, and family-friendly sentiments that underlie the GARANIMALS brand, and that provide GARANIMALS products with a significant portion of their market value.

35.     Defendants' promotion and advertisement of cannabis and cannabis-derived goods bearing the GARANIMALS Marks also harms Garan by multiplying the meanings associated with the GARANIMALS Marks, and, as a result, weakening

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899

the GARANIMALS Marks' ability to evoke their original associations.  Consumers who become familiar with "Garanimals" as a cannabis-related product will less readily associate the GARANIMALS Marks with the GARANIMALS brand of children's apparel and toys, and the sentiments that Garan relies upon to market and sell its products.  In these respects, Defendants' promotion impairs the distinctiveness of the GARANIMALS Marks, diminishing the value of Garan's interests in the GARANIMALS Marks, and causing Garan to suffer lost revenues and other damages.

### FIRST CLAIM FOR RELIEF
#### (Trademark Dilution)
#### 15 U.S.C. § 1125(c)

36.  Garan realleges and incorporates by reference the allegations in paragraphs 1 through 35, as if set forth fully herein.

37.  Because of the high degree of distinctiveness of the GARANIMALS Marks, the nearly fifty years of continuous use of the GARANIMALS Marks by Garan, the vast publicity the GARANIMALS Marks has received, the extent to which the GARANIMALS Marks is used nationally and the high degree of consumer recognition of the GARANIMALS Marks, the GARANIMALS Marks is and has become famous pursuant to 15 U.S.C. § 1125(c).

38.  Garan's use of GARANIMALS began at least as early as 1972, when Garan registered the first of the GARANIMALS Marks.

39.  Defendants' unlawful promotion and advertisement of cannabis and cannabis-derived products bearing the GARANIMALS Marks tarnishes Garan's goodwill and reputation associated with the GARANIMALS brand as child and family friendly. Defendants' unpermitted use of the GARANIMALS Marks, in connection with cannabis products, also weakens the GARANIMALS Marks' ability to evoke their original associations, and thus blurs their meaning.

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899

40.     Garan accordingly has been and will continue to be damaged by Defendant's use of the GARANIMALS Marks.

41.     Garan is entitled to recover damages as provided by Section 35(a) of the Lanham Act, 15 U.S.C. § 1117(a) and is further entitled to injunctive relief under 15 U.S.C. § 1116(a) to prevent Defendant's use of the GARANIMALS Marks in connection with cannabis and cannabis-related goods.

## SECOND CLAIM FOR RELIEF

### (Contributory Trademark Dilution)
### 15 U.S.C. § 1125(c)

42.     Garan realleges and incorporates by reference the allegations in paragraphs 1 through 41, as if set forth fully herein.

43.     Upon information and belief, Defendants' promotion, advertisement, and sourcing of the Infringing Products bearing the GARANIMALS Marks and/or confusingly similar marks that it knew would be offered for sale or sold in the United States to customers, materially contributed to the dilution and likely dilution of the GARANIMAL Marks by lessening consumer's ability to distinguish Garan exclusively as the source for products bearing or provided under the GARANIMAL Marks.

44.     Defendants have materially assisted sellers on its website platform's trademark dilution by its advertisement, promotion, sourcing, sale, and/or supply of the Infringing Products to consumers.

45.     Upon information and belief, Defendants have earned, or will earn, profits as a direct result of third-party users' unauthorized use of the GARANIMAL Marks.

46.     As a direct result of the willful and wanton conduct of Defendants, Garan has been injured and will continue to suffer damages in this District, the State of California and throughout the United States in an amount unknown at present and to be determined at trial.

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899

47.     As a direct and proximate result thereof, Garan is entitled to injunctive relief enjoining and restraining Defendants from use of the GARANIMALS Marks connection with cannabis and cannabis-related goods.

### THIRD CLAIM FOR RELIEF
**(Trademark Dilution under California Law)**
**California Business & Professions Code § 14247**

48.     Garan realleges and incorporates by reference the allegations in paragraphs 1 through 47, as if set forth fully herein.

49.     The GARANIMALS Marks are widely recognized by the general consuming public of this state, or by a geographic area of this state, as a designation of source of the goods or services of the mark's owner.

50.     Defendants have promoted and advertised the GARANIMALS Marks as an ornament, decoration, garnishment, or embellishment on or in connection with cannabis or cannabis-related products, for the purpose of enhancing the commercial value of, or selling or soliciting purchases of, cannabis and/or cannabis-related products, without the prior consent of Garan.

51.     Garan is entitled to an injunction against Defendants' commercial use of the GARANIMALS Marks pursuant to California Business and Professions Code § 14247(b).

### FOURTH CLAIM FOR RELIEF
**(California Unfair Competition)**
**California Business & Professions Code § 17200**

52.     Garan realleges and incorporates by reference the allegations in paragraphs 1 through 51, as if set forth fully herein.

53.     Defendants' unpermitted use of the GARANIMALS Marks to market, sell, and/or distribute cannabis-related products constitutes a business practice pursuant to California Business and Professions Code § 17200.

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899

54.     Defendants' unpermitted use of the GARANIMALS Marks to market, sell, and/or distribute cannabis-related products violates federal and state trademark laws, as alleged above.

55.     Defendants' unpermitted use of the GARANIMALS Marks to market, sell, and/or distribute cannabis-related products has diminished the value of Garan's interests in the GARANIMALS Marks, and caused Garan to suffer lost revenues.

56.     Garan is accordingly entitled to restitution, injunctive relief, and attorneys' fees.

## PRAYER FOR RELIEF

WHEREFORE, Garan prays for entry of judgment ordering that:

1.     Defendants have diluted by tarnishment and blurring Plaintiffs' famous GARANIMALS Marks under § 43(c)(1) of the Federal Trademark Act, 15 U.S.C. § 1125(c)(1), as well as California Business and Professions Code § 14247.

2.     Defendants' conduct is an unlawful business practice prohibited by California Business and Professions Code § 17200.

3.     Defendants and each of its agents, employees, servants, attorneys, successors and assigns, and all others in privity or acting in concert therewith, shall be preliminarily and permanently enjoined from using, advertising, or promoting any trademark, service mark, corporate name, domain name or other commercial indication of origin that consists of or incorporates the GARANIMALS Marks or any other trademark, service mark, corporate name, or other commercial indication of origin that tarnishes, blurs, or diminishes the distinctive quality of the famous GARANIMALS Marks, or is otherwise contrary to law.

4.     Defendants shall be required to account for and pay monetary damages, including restitution, in amounts to be proven at trial.

5.     Plaintiffs shall be awarded their costs and attorneys' fees incurred in this action, along with any other relief that the Court deems just and proper.

COMPLAINT

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **DEMAND FOR JURY TRIAL**

Pursuant to Federal Rule of Civil Procedure 38(b), Garan demands a trial by jury of all the issues so triable.

DATED: December 3, 2021

DAVIS WRIGHT TREMAINE LLP

By: /s/ Adam S. Sieff
            Adam S. Sieff

Attorneys for Plaintiffs
GARAN, INC. and
GARAN SERVICES CORP.

13

COMPLAINT

EXHIBIT 1



21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**G. Roxanne Elings**
(212) 603-6416 tel
(212) 379-5226 fax

roxanneelings@dwt.com

August 14, 2020

<u>Via Overnight Mail</u>
<u>and email (clientsuccess@weedmaps.com)</u>

Brian Camire, General Counsel
Weedmaps Media Inc.
1300 Dove Street, Suite 100
Newport Beach, CA 92660

Ghost Management Group, LLC
41 Discovery
Irvine, CA 92618

Re:   <u>Notice of Violations of the GARANIMALS Marks</u>

Mr. Camire:

   We are counsel for Garan, Incorporated and Garan Services Corporation (collectively, "Garan") in connection with its intellectual property matters.

   Garan was founded in 1941 and has today become a worldwide leader in the design, manufacture, distribution, marketing, and promotion of children's apparel, including hosiery, undergarments, outerwear and sleepwear; footwear; headwear, including hats and caps; books; bedding; games and toys (including "plush", bath and learning) ("GARANIMALS Products") under the trademarks GARANIMALS alone or in combination with other words and/or designs, including GARANIMALS, GARANIMAL, GARANIMALS EVERYDAY, GARANIMALS READING ZOO, and 365 KIDS FROM GARANIMALS (collectively, the "GARANIMALS Marks").

   Many of Garan's federal registrations for the GARANIMALS Marks are incontestable within the meaning of Section 15 of the Lanham Act, 15 U.S.C. § 1065, and constitute conclusive evidence that the marks are valid and that Garan is entitled to exclusive use of the GARANIMALS Marks in commerce throughout the United States in connection with the goods related thereto.

August 14, 2020
Page 2

The brand loyalty that GARANIMALS first cemented in the 1970s and 1980s has persisted over several generations as children and grandchildren who grew up wearing GARANIMALS Products now buy GARANIMALS Products for their own children and grandchildren. Now, close to fifty years since its inception, GARANIMALS is one of the most famous trademarks in the United States. This is in large part due to Garan's significant investment in the national distribution, promotion and advertisement of the GARANIMALS brand and the uniqueness of the GARANIMALS tagging system which led to its ubiquitous place in the American vocabulary.

Since 2007, Garan has invested tens of millions of dollars to market and advertise the GARANIMALS brand. In the last five years alone, Garan has expended in excess of 35 million dollars on marketing and advertising. Garan has consistently marketed the GARANIMALS brand on multiple platforms such as mail, print (*Parents*, *American Baby* and *People en Español*), television (network and cable channels including ABC Family, Animal Planet, Discovery, MTV, Bravo, Fuse, WE, VH1, CMTV, E!, Lifetime, POP and 23 Spanish-language networks such as Univision, Telemundo, and ESPNDeportes), and social media (Facebook, Instagram and YouTube). The GARANIMALS Products are frequently featured on Walmart's social media accounts as well as its own. In 2019, Garan's Facebook advertising of the GARANIMALS brand reached over ten (10) million people and resulted in over 35 million impressions (number of people reached through additional engagement).

Because of its longevity of continuous use, extensive advertising, nationwide distribution, and high volume of sales of GARANIMALS Products, GARANIMALS Marks have become famous pursuant to 15 U.S.C. §1125(c) and widely recognized by consumers throughout the United States. Accordingly, the GARANIMALS Marks enjoy substantial recognition and goodwill.

We recently discovered that several sellers on your platform are infringing the GARANIMALS Marks. Garan is concerned that the advertisement, promotion, distribution, import/export, offer for sale and/sale of goods, namely cannabis, bearing the GARANIMALS Marks, or any variation thereof, tarnishes Garan's goodwill and reputation associated with the GARANIMALS brand as child and family friendly, and is likely to cause confusion, mistake, or deception as to the affiliation, connection, or association of the manufacturers, or as to the origin, sponsorship, or approval by Garan and/or dilute the distinctive character and reputation of the GARANIMALS Marks in violation of, *inter alia*, Section 2(d) of the Lanham Act, 15 U.S.C. §1052(d), Section 32(a) of the Lanham Act, 15 U.S.C. §1114, Section 43(a) of the Lanham Act, 15 U.S.C. §1125(a), various states' laws and common laws.

Furthermore, GARANIMALS products are primarily made for children. Accordingly, this use violates California Cannabis Regulation § 5303 (D) (the "Regulation"), which states that the package shall not imitate any package used for goods that are typically marketed to children. Violations of the Regulation may result in citations containing orders of abatement and fines by the Bureau of Cannabis Control.

Garan considers its intellectual property to be amongst its most valuable assets and devotes significant resources to ensure that its rights are not infringed. Garan asks that you immediately

August 14, 2020
Page 3

remove all listings containing the GARANIMALS Marks, including but not limited to those specified in **<u>Exhibit A</u>**.

Please contact the undersigned no later than **<u>August 21, 2020</u>** to confirm that the listings have been removed. Failure to comply will constitute direct and/or contributory liability for trademark infringement and related claims outlined above. *Tiffany, Inc. v. eBay, Inc.,* 600 F. 3d 93 (2d Cir. 2010)

The statement of facts set forth in this letter is not intended to be, nor shall it be deemed to be, a full and complete statement of the facts in this matter. This letter is not intended to be a complete statement of our rights and shall not be construed as a waiver of any legal or equitable rights or remedies, all of which are expressly reserved.

Davis Wright Tremaine LLP

*G. Roxanne Elings*

G. Roxanne Elings

cc: Garan, Incorporated and Garan Services Corporation

# EXHIBIT A

Title: Garanimals 1g flower (Olympia Cannabis) - Kush21 - Burien's First Pot Shop | Weedmaps
Link: https://weedmaps.com/dispensaries/kush21-burien-s-first-pot-shop/menu/garanimals-1g-flower-olympia-cannabis-28f7d7c6-f053-4876-bec6-1a9f81e1c1d8?origin=search



Dispensaries   Deliveries   Maps   Products   Deals   Learn   Strains

‹ Back to search

Flower

## Garanimals 1g flower (Olympia Cannabis)



Pickup at Kush21 - Burien's First Pot Shop

**$8.00**  per 1 g

**View retailer**

Exclusively for in-store customers.

♡ Favorite        ↪ Share

Warning: This product has intoxicating effects and may be habit forming. Marijuana can impair concentration, coordination, and judgment. Do not operate a vehicle or machinery under the influence of this drug. There may be health risks associated with consumption of this product. For use only by adults twenty-one and older. Keep out of the reach of children. Marijuana products may be purchased or possessed only by persons twenty-one years of age or older.



**Get mobile**

 iOS        Android



A community connecting cannabis consumers, patients, retailers, doctors, and brands since 2008.



**Company**
About us
Careers
Help center
Advocacy
Sitemap

**Discover**
Dispensaries
Deliveries
Doctors
Nearby deals
Brands
Strains
News
Gear
Recently viewed

**Business**
Get started
Retailers
Brands
Add a business
Developers

**Legal**
Terms of use
Referral Program terms
Privacy

Copyright © 2020 Weedmaps. weedmaps & wm are registered trademarks of Ghost Management Group, LLC. All Rights Reserved.

Captured by FireShot Pro: 13 August 2020, 14:38:11
https://getfireshot.com

Title: Search for Cannabis Products on Weedmaps

Link: https://weedmaps.com/search?filter[match]=garanimals&filter[boundingRadius]=100mi





Title: Search for Cannabis Products on Weedmaps
Link: https://weedmaps.com/search?filter[match]=garanimals&filter[boundingRadius]=100mi



**Showing 2 results for "garanimals"**

100 Miles ×    Clear filters

**Categories**
All Products
Concentrates

**Brand Verified**
Brand verified ✓

**Order Online**
Order pickup
Order delivery

**Distance**
1 mile
5 miles
20 miles
50 miles
100 miles

**Amenities**
Curbside pickup

**Genetics**
Hybrid
Indica

**Business Type**
Any
Storefronts
Delivery
Mail Order
Doctors
CBD Stores

**Price Range**
Any
$25 To $50

**Weight**
Any
Each
1 Gram

Concentrates
Canamo Shatter
Garanimals (I/H) 1g
$30.00

Shatter
Mohave Cannabis Co:
Garanimal Shatter (H)
$29.00

**Did you find what you were looking for?**

Yes    No

Help us improve our search accuracy and how our customers shop for cannabis.



**weedmaps**

A community connecting cannabis consumers, patients, retailers, doctors, and brands since 2008.

**Company**
About us
Careers
Help center
Advocacy
Sitemap

**Discover**
Dispensaries
Deliveries
Doctors
Nearby deals
Brands
Strains
News
Gear
Recently viewed

**Business**
Get started
Retailers
Brands
Add a business
Developers

**Legal**
Terms of use
Referral Program terms
Privacy

Copyright © 2020 Weedmaps. weedmaps & wm are registered trademarks of Ghost Management Group, LLC. All Rights Reserved.

Title: Canamo Shatter Garanimals (I/H) 1g - Sticky Saguaro | Weedmaps
Link: https://weedmaps.com/dispensaries/sticky-saguaro/menu/canamo-shatter-garanimals-i-h-1g?origin=search



wm | Products, retailers, brands, and more | Pine, AZ | 🔔2 🛒 | Log in | **Sign up**

Dispensaries    Deliveries    Maps    Products    Deals    Learn    Strains

‹ Back to search



Concentrates

# Canamo Shatter Garanimals (I/H) 1g

Pickup at Sticky Saguaro

**$30.00** each

**View retailer**

Exclusively for in-store customers.

♡ Favorite    ↩ Share



**Get mobile**

 iOS     Android



A community connecting cannabis consumers, patients, retailers, doctors, and brands since 2008.

Download on the App Store    GET IT ON Google Play

f  ⊙  𝕏  in  ▶  m

**Company**
About us
Careers
Help center
Advocacy
Sitemap

**Discover**
Dispensaries
Deliveries
Doctors
Nearby deals
Brands
Strains
News
Gear
Recently viewed

**Business**
Get started
Retailers
Brands
Add a business
Developers

**Legal**
Terms of use
Referral Program terms
Privacy

Copyright © 2020 Weedmaps. weedmaps & wm are registered trademarks of Ghost Management Group, LLC. All Rights Reserved.

Captured by FireShot Pro: 13 August 2020, 14:53:29
https://getfireshot.com



Title: Mohave Cannabis Co: Garanimal Shatter (H) - The Mint Dispensary - Tempe | Weedmaps
Link: https://weedmaps.com/dispensaries/the-mint-dispensary/menu/mohave-cannabis-co-shatter-garanimal-h?origin=search



Back to search

Shatter

# Mohave Cannabis Co: Garanimal Shatter (H)

Pickup at The Mint Dispensary - Tempe

**$29.00** per 1 g

**View retailer**

Exclusively for in-store customers.

Favorite    Share



**Get mobile**

iOS    Android

**weedmaps**

A community connecting cannabis consumers, patients, retailers, doctors, and brands since 2008.

Download on the App Store    GET IT ON Google Play

**Company**
About us
Careers
Help center
Advocacy
Sitemap

**Discover**
Dispensaries
Deliveries
Doctors
Nearby deals
Brands
Strains
News
Gear
Recently viewed

**Business**
Get started
Retailers
Brands
Add a business
Developers

**Legal**
Terms of use
Referral Program terms
Privacy

Copyright © 2020 Weedmaps. weedmaps & wm are registered trademarks of Ghost Management Group, LLC. All Rights Reserved.



Captured by FireShot Pro: 13 August 2020, 14:53:47
https://getfireshot.com

Title: Search for Cannabis Products on Weedmaps
Link: https://weedmaps.com/search?filter[match]=garanimals

  

Dispensaries   Deliveries   Maps   Products   Deals   Learn   Strains

Showing 64 results for "garanimals" ⓘ

**Categories**
All Products
Concentrates
Flower

**Brand Verified**
Brand verified ✓

**Order Online**
Order pickup
Order delivery

**Distance**
1 mile
5 miles
20 miles
50 miles
100 miles

**Amenities**
Curbside pickup

**Genetics**
Hybrid
Indica

**Strains**
Ice Cream Cake
Animal Cookies
Orange Zkittlez

**Brands**
Search 6 Brands
Punch Edibles & Extracts
Friendly Farms
Karma
Lowell Farms
Cali Kosher
Nepenthe Extracts

**Business Type**
Any
Storefronts
Delivery
Mail Order
Doctors
CBD Stores

**Price Range**
Any
Under $25
$25 To $50
$50 To $100
$100 To $200

**Weight**
Any
Each
0.5 Grams
1 Gram
2 Grams
1/8 Oz
1/4 Oz
1 Oz

 
Ice Hash
Hash Rosin - Garanimals - Tier 1
Punch Edibles & Extracts
$100.00


Flower
Source - Garanimals
$57.20


Flower
Flow Kana - Garanimals
$69.55


Infused Pre Roll
Top Shelf Cultivation | Garanimals Kief Infused...
$20.00

 
Pre Roll
Wunderland | Garanimals Celfie 10 Premium Mini...
$45.00


Concentrates
Cali Kosher 1g Frosting Garanimal
Cali Kosher
$32.00


Sauce
Garanimals Sauce
Nepenthe Extracts
★★★★★ 5.0 (1)
$30.00


Concentrates
The Higher Community | Garanimals 1g Sugar
$35.00

 
Concentrates
Cali Kosher 1 1g Garanimalz Frosting
$45.00


Budder
Age Cured Rosin- Garanimals- Indica-...
Lowell Farms
$50.00


Flower
Source Cannabis Garanimals
$40.00


Pre Roll
Hi Fly | Preroll | Garanimals
$6.00

 
Concentrates
Punch Extracts - 1G Live Rosin, Garanimals X Ice...
$90.00

 
Flower
West Coast Treez 3.5g Garanimals $20
$20.00


Flower
Garanimal Cookies
$25.00


Flower
Garanimals - 1/8
$50.00

 
Sauce
FF - Garanimals 500mg Cured Resin Cartridge
Friendly Farms
★★★★★ 5.0 (1)
$35.00


Flower
Old Pal Garanimals 3.5g
$20.00


Live Resin
Hi Fly Garanimals Live Resin
$28.00


Infused Pre Roll
Hella Dank : Cherry Headlights x Garanimals...
$16.00

Flower
Garanimals - Dub Sack
Karma
★★★★½ 4.5 (4)
$20.00

Flower
Hi Fly Garanimals .75g Pre-roll
$4.50

Concentrates
Punch Extracts - 1G Live Rosin, Garanimals
$90.00

Live Resin
Beezle - Garanimals Live Resin Sugar
$32.00

Captured by FireShot Pro: 13 August 2020, 15:02:30
https://getfireshot.com

Title: Search for Cannabis Products on Weedmaps
Link: https://weedmaps.com/search?filter[match]=garanimals





Pre Roll
**Hi Fly - 0.75G Preroll, Garanimals (Indica)**
$6.00

Flower
**Wunderland Garanimals 4g 10 Pack Pre-roll**
$34.00

Concentrates
**Dime Bag - Garanimals Sugar**
$28.50

Concentrates
**Lowell Cured Rosin Garanimals 1g**
$50.21






Pre Roll
**Humboldt Trees: 1g Pre Roll (Garanimal Cookies)**
$6.00

Flower
**Source Garanimals Indica Flower 3.5g**
$54.00

Concentrates
**Punch - 1G Live Rosin, Garanimals x Ice Cream...**
$90.00

Concentrates
**FLAVOR - GARANIMALS SUGAR 1G**
$35.00






Shatter
**Garanimals Shatter (I/S) 66.03% THC (OCEAN)**
$34.99

Flower
**Papa's Herb | Garanimals**
$25.00

Flower
**Top Shelf Cultivation - *DELIVERY PROMO...**
$45.00

Flower
**Papa's Herb - Herb Garanimals 3.5g**
$25.00






Concentrates
**Punch - 1G Live Rosin, Garanimals**
$90.00

Pre Roll
**Hi Fly - 0.75 Preroll, Garanimals (Indica)**
$6.00

Shatter
**Garanimals Shatter (I/S) 77.10% THC (OCEAN)**
$34.99

Concentrates
**Punch Extracts - Garanimals - Live Rosin ...**
$80.00






Rosin
**Punch Edibles & Extracts - Garanimals x Ice Cream...**
$75.00

Flower
**Karma Garanimals 2g Dub Sack**
$20.00

Infused Pre Roll
**Hella Dank - Deep Cherry Headlights x Garanimals**
$18.00

Flower
**Cali Kosher - Garanimals**
$41.00






Flower
**North Country Pharms - Garanimals**
$53.00

Concentrates
**Friendly Farms - .5g CR Cart - Garanimals (I)**
$33.00

Live Resin
**The Higher Community Extracts | Garanimals...**
$40.00

Sauce
**HIFLY | Garanimals 1g Sauce**
$40.00






Captured by FireShot Pro: 13 August 2020, 15:02:30
https://getfireshot.com

Title: Search for Cannabis Products on Weedmaps
Link: https://weedmaps.com/search?filter[match]=garanimals

Flower
**Cannafornia 1 Oz Garanimals Shake**
$65.00

Concentrates
**Flavor - Garanimals Sugar 1g**
$40.00

Live Resin
**Hi-fly | Garanimals Live Resin (1G)**
$40.00

Concentrates
**PUNCH EXTRACTS | FATSO x GARANIMALS |...**
$90.00






Rosin
**Punch Extracts | Garanimals 1g Live Rosin**
$100.00

Flower
**Garanimal Cookies (I/S) 20.64% THC (HUMBOL...**
$29.99

Pre Roll
**Garanimal Cookies Single Pre-Roll (I/S) 20.64% TH...**
$7.99

Concentrates
**Dime Bag - Garanimals Sugar - 1g, One Gram**
$35.00






Live Resin
**HIFLY | Garanimals Live Resin**
$30.00

Flower
**Karma - Garanimals 2g**
$18.99

Concentrates
**Hi Fly - Garanimals Live Resin 1g**
$32.00

Flower
**Garanimals - 1/8**
$50.00






Pre Roll
**Garanimal Cookies**
$10.00

Flower
**Source Cannabis | Source - Garanimals**
$45.00

Flower
**Cannafornia Shake - Garanimals - 28g**
$55.00

Concentrates
**1g Garanimals Diamonds & Sauce - BOM PURE...**
$40.00

**Did you find what you were looking for?**

| Yes | No |
|-----|----|

Help us improve our search accuracy and how our customers shop for cannabis.

---



A community connecting cannabis consumers, patients, retailers, doctors, and brands since 2008.

 

**Company**
About us
Careers
Help center
Advocacy
Sitemap

**Discover**
Dispensaries
Deliveries
Doctors
Brands
Strains
News
Gear
Recently viewed

**Business**
Get started
Retailers
Brands
Add a business
Developers

**Legal**
Terms of use
Referral Program terms
Privacy

 

---

Copyright © 2020 Weedmaps. weedmaps & wm are registered trademarks of Ghost Management Group, LLC. All Rights Reserved.

Title: Search for Cannabis Products on Weedmaps
Link: https://weedmaps.com/search?filter[match]=garanimals&filter[boundingRadius]=100mi&page=2



Showing 99 results for "garanimals" ⓘ

100 Miles ✕    Clear filters

**Categories**
All Products
Flower
Concentrates

**Brand Verified**
☐ Brand verified ✓

**Order Online**
☐ Order pickup
☐ Order delivery

**Distance**
☐ 1 mile
☐ 5 miles
☐ 20 miles
☐ 50 miles
● 100 miles

**Amenities**
☐ Curbside pickup

**Genetics**
☐ Indica
☐ Hybrid

**Strains**
☐ Ice Cream Cake
☐ Animal Cookies
☐ Ice Cream Kush
☐ Orange Zkittlez

**Brands**
Search 7 Brands
☐ Punch Edibles & Extracts
☐ Friendly Farms
☐ Lowell Farms
☐ Karma
☐ Strains
☐ Cali Kosher
☐ Nepenthe Extracts

**Business Type**
● Any
☐ Storefronts
☐ Delivery
☐ Mail Order
☐ Doctors
☐ CBD Stores

**Price Range**
● Any
☐ Under $25
☐ $25 To $50
☐ $50 To $100
☐ $100 To $200

**Weight**
● Any
☐ Each
☐ 0.5 Grams
☐ 1 Gram
☐ 2 Grams
☐ 1/8 Oz
☐ 1/4 Oz
☐ 1 Oz

Pre Roll
Hi Fly - Garanimals Preroll - .75 Grams
$6.00

Flower
Wunderland: Celfie Garanimals 4g. Pre Roll
$34.00

Concentrates
Flavor Garanimals
$32.00

Pre Roll
Humboldt Trees: 5g Pre Roll Pack (Garanimal...
$25.00

Pre Roll
Hella Dank - Garanimals x Deep Cherry Indica...
$14.00

Pre Roll
Hella Dank - Garanimals x Deep Cherry Indica...
$14.00

Sugar Leaf
The Higher Community Extracts | Garanimal Sug...
$40.00

Concentrates
MAVEN: CURED ROSIN - GARANIMALS 1G
$46.00

Shake
Cannafornia - Garanimals Shake
$65.00

Flower
Source Cannabis, Garanimals, 3.5g
$65.00

Concentrates
Dime Bag - Garanimals Sugar - 1g
$29.00

Shake
Cannafornia | Garanimals (Shake)
$60.00

Pre Roll
Garanimals 4GCelfie
$45.00

Infused Pre Roll
Ganja Gold - Garanimals Blue Tarantula
$28.00

Flower
Garanimals - 1/8
$50.00

Pre Roll
Garanimal Cookies
$10.00

Flower
Source Cannabis | Source - Garanimals
$45.00

Flower
Cannafornia Shake - Garanimals - 28g
$55.00

Concentrates
1g Garanimals Diamonds & Sauce - BOM PURE...
$40.00

◀    Page 2 of 2    ▶

**Did you find what you were looking for?**
Yes    No

Help us improve our search accuracy and how our customers shop for cannabis.




A community connecting cannabis consumers, patients, retailers, doctors, and brands since 2008.


 

**Company**
About us
Careers
Help center
Advocacy
Sitemap

**Discover**
Dispensaries
Deliveries
Doctors
Brands
Strains
News
Gear
Recently viewed

**Business**
Get started
Retailers
Brands
Add a business
Developers

**Legal**
Terms of use
Referral Program terms
Privacy

Copyright © 2020 Weedmaps. weedmaps & wm are registered trademarks of Ghost Management Group, LLC. All Rights Reserved.

Title: Search for Cannabis Products on Weedmaps
Link: https://weedmaps.com/search?filter[match]=garanimals&filter[boundingRadius]=100mi



Showing 1 result for "garanimals"

100 Miles ×   Clear filters

**Categories**
All Products
Concentrates

**Brand Verified**
☐ Brand verified

**Order Online**
○ Order pickup
○ Order delivery

**Distance**
○ 1 mile
○ 5 miles
○ 20 miles
○ 50 miles
● 100 miles

**Amenities**
☐ Curbside pickup

**Genetics**
☐ Indica

**Business Type**
● Any
○ Storefronts
○ Delivery
○ Mail Order
○ Doctors
○ CBD Stores

**Price Range**
● Any
○ $25 To $50

**Weight**
● Any
○ 1 Gram

Concentrates
ECC Garanimals Badder
$35.00

**Did you find what you were looking for?**
Yes    No

Help us improve our search accuracy and how our customers shop for cannabis.



**Company**
About us
Careers
Help center
Advocacy
Sitemap

**Discover**
Dispensaries
Deliveries
Doctors
Nearby deals
Brands
Strains
News
Gear
Recently viewed

**Business**
Get started
Retailers
Brands
Add a business
Developers

**Legal**
Terms of use
Referral Program terms
Privacy

A community connecting cannabis consumers, patients, retailers, doctors, and brands since 2008.

 

Copyright © 2020 Weedmaps.  &  are registered trademarks of Ghost Management Group, LLC. All Rights Reserved.

Captured by FireShot Pro: 13 August 2020, 15:22:30
https://getfireshot.com

Title: Search for Cannabis Products on Weedmaps
Link: https://weedmaps.com/search?filter[match]=garanimals&filter[boundingRadius]=100mi



Showing 56 results for "garanimals" ⓘ

**Categories** ⌃
All Products
Vape pens
Concentrates
Flower

**Brand Verified** ⌃
☐ Brand verified ✓

**Order Online** ⌃
○ Order pickup
○ Order delivery

**Distance** ⌃
○ 1 mile
○ 5 miles
○ 20 miles
○ 50 miles
● 100 miles

**Amenities** ⌃
○ Curbside pickup

**Genetics** ⌃
○ Hybrid
○ Indica

**Product** ⌃
○ Medical

**Brands** ⌃
Search 1 Brand
☑ Monster Xtracts

**Business Type** ⌃
● Any
○ Storefronts
○ Delivery
○ Mail Order
○ Doctors
○ CBD Stores

**Price Range** ⌃
● Any
○ Under $25
○ $25 To $50
○ $50 To $100
○ $100 To $200
○ $200 And Over

**Weight** ⌃
● Any
○ Each
○ 0.5 Grams
○ 1 Gram
○ 2 Grams
○ 1/8 Oz
○ 1/4 Oz
○ 1/2 Oz
○ 1 Oz

100 Miles ✕   Clear filters

Cartridge
**Monster Xtracts - Garanimals 1G**
$35.00

Concentrates
**Monster X Garanimals 510 1G Cart, Unit**
$37.74


Cartridge
**Garanimals 510 1g Cart**
✓ Monster Xtracts
★★★★★ 5.0 (1)
$35.00


Sauce
**Garanimals Terp Sugar 1g (Cured)**
✓ Monster Xtracts
★★★☆☆ 3.0 (1)
$50.00


Crystalline
**Monster Extracts - Garanimals 1g Terp Sugar**
$50.00


Cartridge
**Monster Extracts - Garanimals 1g Vape Cart**
$40.00


Flower
**MONSTER EXTRACTS GARANIMALS**
$45.00


Concentrates
**MONSTER EXTRACTS GARANIMALS CCELL**
$45.00


Concentrates
**Garanimals 1g 510 Cart by Monster Xtracts**
$50.00


Concentrates
**Monster Xtracts Garanimals Cart 1g, Unit**
$40.00


Concentrates
**Monster Xtracts Garanimals Cart 1g, Unit**
$40.00


Cartridge
**Big Gas - Animal Cake .5g Live Resin Vape Cart**
$35.00


Concentrates
**Monster Xtracts Garanimals Cart 1g, Unit**
$40.00


Concentrates
**Monster Xtracts Garanimals Cart 1g, Unit**
$40.00


Cartridge
**Monster Xtracts 1g Cartridges GARAMINAL...**
$35.00


Cartridge
**Monster Xtracts - Garanimals 510 Cart 1g...**
$40.00


Cartridge
**(MED) Garanimals 510 1G-Monster X**
$30.00


Concentrates
**(MED) Cured Resin Garanimals Terp Sugar-...**
$50.00


Flower
**Garanimals (CLDD)**
$15.00 – $285.00


Concentrates
**Garanimals Cartridge (1g) - Monster**
$45.00

Vape Pens
**Big Gas - Animal Cakes Live Resin Cartridge .5G**
$35.00

Cartridge
**Monster Xtracts - Garanimals**
$35.00

Cartridge
**Big Gas Animal Cake 0.5g LR Vape Cart**
$40.00

Cartridge
**Big Gas Animal Cake LR .5G Cart**
$40.00

Captured by FireShot Pro: 13 August 2020, 15:42:41
https://getfireshot.com

Title: Search for Cannabis Products on Weedmaps
Link: https://weedmaps.com/search?filter[match]=garanimals&filter[boundingRadius]=100mi






Cartridge
Big Gas - Animal Cake LR - .5g
$40.00

Cartridge
Big Gas - Animal Cake LR Cart - .5g
$40.00

Cartridge
(MEDICAL) Big Gas | Animal Cake Live Resin...
$39.62

Cartridge
Big Gas- Animal Cake Cartridge *.5g live resin...
$30.00






Cartridge
Big Gas | Animal Cake Live Resin Cartridge I .5g
$45.00

Concentrates
Big Gas Animal Cake Live Resin Cart .5g, Unit
$35.00

Live Resin
Monster Xtracts - Cured Resin Terp Sugar...
$55.00

Cartridge
Big Gas Animal Cake Live Resin 510 Cart .5g
$35.00






Cartridge
Big Gas Animal Cake LRC .5g
$40.00

Concentrates
Big Gas Animal Cake Live Resin .5g, Unit
$35.00

Concentrates
Big Gas Animal Cake Live Resin Cart .5g, Unit
$35.00

Cartridge
Big Gas Animal Cakes Live Resin Cart .5g
$30.00






Concentrates
Monster Xtracts Garanimals Cured Resin...
$50.00

Concentrates
Big Gas Animal Cake Live Resin Cart .5g, Unit
$35.00

Concentrates
MED Monster Garanimals Terp Sugar
$65.00

Cartridge
(MED) Big Gas Animal Cakes Live Resin...
$40.00






Cartridge
(REC) Big Gas Animal Cakes Live Resin...
$50.00

Cartridge
Big Gas | Animal Cake Live Resin Cart | .5g
$35.00

Vape Pens
Big Gas - Animal Cakes .5g Live Resin Cartridge
$35.00

Cartridge
Big Gas - Animal Cake Live Resin .5g Cartridge
$35.00






Concentrates
Big Gas - Animal Cake - Live Resin - .5g
$40.00

Cartridge
Big Gas - Animal Cake - Live Resin 510 Cart - .5g
$45.00

Cartridge
Big Gas - Animal Cake Live Resin .5g Cart
$35.00

Cartridge
Big Gas - Animal Cakes 0.5g Live Resin Cartridge
$35.00






Captured by FireShot Pro: 13 August 2020, 15:42:41
https://getfireshot.com

Title: Search for Cannabis Products on Weedmaps
Link: https://weedmaps.com/search?filter[match]=garanimals&filter[boundingRadius]=100mi

Stock Photo

Concentrates
Monster Xtracts
Garanimals Cartridges 1...
$40.00

Concentrates
Monster Xtracts
Garanimals Cartridges 1...
$40.00

Concentrates
Big Gas | Animal Cake | .5g
Live Resin Cart
$40.00

Cartridge
(MED) Big Gas | Animal
Cakes Live Resin Cart .5g
$40.00






Concentrates
Big Gas Animal Cake .5G
LR Wax
$35.00

Vape Pens
Big Gas - Animal Cakes
.5g Live Resin Cartridge
$40.00

Concentrates
Big Gas - Animal Cakes
.5g Live Resin...
$40.00

Cartridge
(MED) Big Gas | Animal
Cake Live Resin Cart .5g
$40.00

**Did you find what you were looking for?**

| Yes | No |
|-----|-----|

Help us improve our search accuracy and how our customers shop for cannabis.







A community connecting cannabis consumers, patients,
retailers, doctors, and brands since 2008.

**Company**
About us
Careers
Help center
Advocacy
Sitemap

**Discover**
Dispensaries
Deliveries
Doctors
Nearby deals
Brands
Strains
News
Gear
Recently viewed

**Business**
Get started
Retailers
Brands
Add a business
Developers

**Legal**
Terms of use
Referral Program terms
Privacy

Copyright © 2020 Weedmaps. weedmaps & wm are registered trademarks of Ghost Management Group, LLC. All Rights Reserved.

Captured by FireShot Pro: 13 August 2020, 15:42:41
https://getfireshot.com

Title: Search for Cannabis Products on Weedmaps
Link: https://weedmaps.com/search?filter[match]=garanimals&filter[boundingRadius]=100mi



**wm**   🔍 garanimals      📍 Detroit, MI                                      🛒 0   Log in   Sign up

Dispensaries   Deliveries   Maps   Products   Deals   Learn   Strains   **Order online**

Showing 49 results for "garanimals" ⓘ

**Categories** ⌄
100 Miles ✕    Clear filters

All Products
Vape pens
Concentrates
Flower

**Brand Verified** ⌄
☐ Brand verified ✓

**Order Online** ⌄
☐ Order pickup
☐ Order delivery

**Distance** ⌄
☐ 1 mile
☐ 5 miles
☐ 20 miles
☐ 50 miles
● 100 miles

**Amenities** ⌄
☐ Curbside pickup

**Genetics** ⌄
☐ Indica
☐ Hybrid

**Brands** ⌄
🔍 Search 1 Brand
☐ 🔴 Monster Xtracts

**Business Type** ⌄
● Any
☐ Storefronts
☐ Delivery
☐ Mail Order
☐ Doctors
☐ CBD Stores

**Price Range** ⌄
● Any
☐ Under $25
☐ $25 To $50
☐ $50 To $100
☐ $100 To $200
☐ $200 And Over

**Weight** ⌄
● Any
☐ Each
☐ 0.5 Grams
☐ 1 Gram
☐ 2 Grams
☐ 1/8 Oz
☐ 1/4 Oz
☐ 1/2 Oz
☐ 1 Oz




Cartridge
**Garanimals 510 1g Cart**
✓ Monster Xtracts
★★★★★ 5.0 (1)
$40.00

Sauce
**Garanimals Terp Sugar 1g (Cured)**
✓ Monster Xtr
★★★☆☆ 3.0 (1)
$60.00


Concentrates
**Monster Xtracts Garanimals Cart 1g, Unit**
$40.00


Concentrates
**Monster Xtracts Garanimals Cart 1g, Unit**
$40.00


Concentrates
**Monster Xtracts Garanimals Cart 1g, Unit**
$40.00


Cartridge
**Monster Xtracts - Garanimals 510 Cart 1g...**
$40.00


Concentrates
**Monster Xtracts Garanimals Cart 1g, Unit**
$40.00


Concentrates
**Garanimals Cartridge (1g) - Monster**
$45.00


Flower
**Garanimals (CLDD)**
$15.00 – $285.00


Concentrates
**Big Gas Animal Cake Live Resin Cart .5g, Unit**
$35.00


Cartridge
**Big Gas Animal Cake LRC .5g**
$40.00


Cartridge
**Big Gas - Animal Cake LR - .5g**
$40.00

Cartridge
**Monster Xtracts - Garanimals**
$35.00


Cartridge
**Big Gas - Animal Cake LR Cart - .5g**
$40.00


Cartridge
**Big Gas Animal Cake LR .5G Cart**
$40.00


Cartridge
**Big Gas l Animal Cake Live Resin Cartridge l .5g**
$45.00

Concentrates
**Big Gas Animal Cake Live Resin .5g, Unit**
$35.00

Concentrates
**Big Gas Animal Cake Live Resin Cart .5g, Unit**
$35.00

Live Resin
**Monster Xtracts - Cured Resin Terp Sugar...**
$55.00


Cartridge
**Big Gas Animal Cakes Live Resin Cart .5g**
$30.00


Concentrates
**Monster Xtracts Garanimals Cured Resin...**
$50.00


Crystalline
**Monster Extracts - Garanimals 1g Terp Sugar**
$50.00


Cartridge
**Monster Extracts - Garanimals 1g Vape Cart**
$40.00

Concentrates
**Big Gas Animal Cake Live Resin Cart .5g, Unit**
$35.00

Captured by FireShot Pro: 13 August 2020, 15:43:39
https://getfireshot.com

Title: Search for Cannabis Products on Weedmaps
Link: https://weedmaps.com/search?filter[match]=garanimals&filter[boundingRadius]=100mi

   

Cartridge
**Monster Xtracts - Garanimals 1G**
$35.00

Cartridge
**Monster X - Animal Cake Live Resin .5g Cartridge**
$35.00

Concentrates
**Monster X Garanimals 510 1G Cart, Unit**
$37.74

Cartridge
**Big Gas | Animal Cake Live Resin Cart | .5g**
$35.00

   

Cartridge
**(MED) Garanimals 510 1G-Monster X**
$30.00

Concentrates
**Garanimals 1g 510 Cart by Monster Xtracts**
$50.00

Concentrates
**(MED) Cured Resin Garanimals Terp Sugar-...**
$50.00

Cartridge
**Big Gas Animal Cake Live Resin 510 Cart .5g**
$35.00

   

Cartridge
**Big Gas - Animal Cake Live Resin .5g Cart**
$35.00

Cartridge
**Big Gas - Animal Cakes 0.5g Live Resin Cartridge**
$35.00

Flower
**MONSTER EXTRACTS GARANIMALS**
$45.00

Cartridge
**Big Gas - Animal Cake .5g Live Resin Vape Cart**
$35.00

   

Concentrates
**MONSTER EXTRACTS GARANIMALS CCELL**
$45.00

Concentrates
**Big Gas - Animal Cake - Live Resin - .5g**
$40.00

Cartridge
**Big Gas - Animal Cake - Live Resin 510 Cart - .5g**
$45.00

Concentrates
**MED Monster Garanimals Terp Sugar**
$65.00

   

Cartridge
**Monster Xtracts 1g Cartridges GARAMINAL...**
$35.00

Cartridge
**Big Gas Animal Cake 0.5g LR Vape Cart**
$40.00

Cartridge
**(MEDICAL) Big Gas | Animal Cake Live Resin...**
$39.62

Vape Pens
**Big Gas - Animal Cakes Live Resin Cartridge .5G**
$35.00

   

Vape Pens
**Big Gas - Animal Cakes .5g Live Resin Cartridge**
$35.00

Concentrates
**Big Gas | Animal Cake | .5g Live Resin Cart**
$40.00

Cartridge
**(MED) Big Gas | Animal Cakes Live Resin Cart .5g**
$40.00

Concentrates
**Big Gas Animal Cake .5G LR Wax**
$35.00



Captured by FireShot Pro: 13 August 2020, 15:43:39
https://getfireshot.com

Title: Search for Cannabis Products on Weedmaps
Link: https://weedmaps.com/search?filter[match]=garanimals&filter[boundingRadius]=100mi

Cartridge
**(MED) Big Gas | Animal Cake Live Resin Cart .5g**
$40.00

**Did you find what you were looking for?**

Yes    No

Help us improve our search accuracy and how our customers shop for cannabis.

    

A community connecting cannabis consumers, patients, retailers, doctors, and brands since 2008.

**Company**
About us
Careers
Help center
Advocacy
Sitemap

**Discover**
Dispensaries
Deliveries
Doctors
Nearby deals
Brands
Strains
News
Gear
Recently viewed

**Business**
Get started
Retailers
Brands
Add a business
Developers

**Legal**
Terms of use
Referral Program terms
Privacy

Copyright © 2020 Weedmaps. weedmaps & wm are registered trademarks of Ghost Management Group, LLC. All Rights Reserved.

Title: Search for Cannabis Products on Weedmaps
Link: https://weedmaps.com/search?filter[match]=garanimals





Dispensaries   Deliveries   Maps   Products   Deals   Learn   Strains   Order online

Showing 4 results for "garanimals"



**Categories**

All Products
Vape pens
Concentrates

**Brand Verified**

Brand verified ✓

**Order Online**

Order pickup
Order delivery

**Distance**

1 mile
5 miles
● 20 miles
50 miles
100 miles

**Amenities**

Curbside pickup

**Genetics**

Hybrid
Indica

**Business Type**

● Any
Storefronts
Delivery
Mail Order
Doctors
CBD Stores

**Price Range**

● Any
$25 To $50
$50 To $100

**Weight**

● Any
Each











Cartridge
(MED) Garanimals 510 1G-
Monster X
$30.00

Concentrates
(MED) Cured Resin
Garanimals Terp Sugar-...
$50.00

Cartridge
(MED) Big Gas | Animal
Cakes Live Resin Cart .5g
$40.00

Concentrates
MED Monster Garanimals
Terp Sugar
$65.00

**Did you find what you were looking for?**

Yes   No

Help us improve our search accuracy and how our customers shop for cannabis.



A community connecting cannabis consumers, patients,
retailers, doctors, and brands since 2008.

 

    

**Company**

About us
Careers
Help center
Advocacy
Sitemap

**Discover**

Dispensaries
Deliveries
Doctors
Brands
Nearby deals
Strains
News
Gear
Recently viewed

**Business**

Get started
Retailers
Brands
Add a business
Developers

**Legal**

Terms of use
Referral Program terms
Privacy

Copyright © 2020 Weedmaps. weedmaps & wm are registered trademarks of Ghost Management Group, LLC. All Rights Reserved.



Brands › Top Shelf Cultivation › Products › Flower › Garanimals

Flower | Top Shelf Cultivation

# Garanimals

★★★★★ 5.0 (6)

No retailers available in your area

Garanimals Is A Very Exotic Hybrid. This Strain Is Unique Because Of Its Terpene Profile. Grape Cookie Taste With A Nice Relaxing High. - Genetics (Grape Pie x Animal Cookies)

♡ Favorite      ↱ Share

Retailers    **Reviews**

## Reviews

**Write a review**

**5.0**
★★★★★
6 reviews

| 5 stars | 6 |
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 star | 0 |

All star ratings ⌄      Recommended ⌄

**ChefRaulArizona**
★★★★★ 5.0
**very impressed**
got a pre roll of this beauty from smoke signals. great flower great smell great smoke. 5 out of 5 pick this strain for night time use if you are not a heavy smoker. But for the heavy smokers this is an all day great time. @smokesignals

3 👍          1 year ago

👍 Helpful   ⚑ Report

**tjones7515**
★★★★★ 5.0

2 months ago

👍 Helpful   ⚑ Report

**fudgey**
★★★★★ 5.0

2 months ago

👍 Helpful   ⚑ Report

**KEismann**
★★★★★ 5.0

4 months ago

👍 Helpful   ⚑ Report

**slowpoked**
★★★★★ 5.0

4 months ago

👍 Helpful   ⚑ Report

**michelleb1**
★★★★★ 5.0

4 months ago

👍 Helpful   ⚑ Report



**Get mobile**
 iOS      Android



A community connecting cannabis consumers, patients, retailers, doctors, and brands since 2008.



**Company**
About us
Careers
Help center
Advocacy
Sitemap

**Discover**
Dispensaries
Deliveries
Doctors
Nearby deals
Brands
Strains
News
Gear
Recently viewed

**Business**
Get started
Retailers
Brands
Add a business
Developers

**Legal**
Terms of use
Referral Program terms
Privacy

Copyright © 2020 Weedmaps. weedmaps & wm are registered trademarks of Ghost Management Group, LLC. All Rights Reserved.

Captured by FireShot Pro: 13 August 2020, 15:45:54
https://getfireshot.com

Title: Search for Cannabis Products on Weedmaps
Link: https://weedmaps.com/search?filter[match]=garanimals&filter[boundingRadius]=100mi

 garanimals          Comstock Park, MI



Dispensaries   Deliveries   Maps   Products   Deals   Learn   Strains   **Order online**

0   Log in   **Sign up**

Showing 23 results for "garanimals"

**Categories**

All Products
Concentrates
Vape pens

**Brand Verified**

Brand verified

**Order Online**

Order pickup
Order delivery

**Distance**

1 mile
5 miles
20 miles
50 miles
100 miles

**Amenities**

Curbside pickup

**Genetics**

Hybrid
Indica

**Product**

Medical

**Brands**

Search 1 Brand
Monster Xtracts

**Business Type**

Any
Storefronts
Delivery
Mail Order
Doctors
CBD Stores

**Price Range**

Any
$25 To $50
$50 To $100

**Weight**

Any
Each
0.5 Grams
1 Gram

100 Miles ×    Clear filters


Concentrates
Garanimals 1g 510
$45.00


Sauce
Garanimals Terp Sugar 1g (Cured)
Monster Xtracts
★★★☆☆ 3.0 (1)
$55.00


Concentrates
Garanimals 510 1g Cart
Monster Xtracts
★★★★★ 5.0 (1)
$35.00


Vape Pens
MX Garanimals 1g 510
$45.00


Concentrates
Garanimals 1g 510 Cart by Monster Xtracts
$50.00


Concentrates
Monster 1g Cured Resin - Garanimals
$56.60


Concentrates
Big Gas Animal Cake .5G LR Wax
$35.00


Vape Pens
Big Gas - Animal Cakes .5g Live Resin Cartridge
$40.00


Concentrates
Big Gas - Animal Cakes .5g Live Resin...
$40.00


Cartridge
(MED) Garanimals 510 1G-Monster X
$30.00


Concentrates
Monster X: Garanimals cart 1g
$45.00


Concentrates
(MED) Cured Resin Terp Sugar-...
$50.00


Concentrates
Monster X Garanimals 510 1G Cart, Unit
$37.74


Sauce
(MED) Monster Extracts Garanimals Terp Sugar 1...
$60.00


Cartridge
(MED) Big Gas Animal Cakes Live Resin...
$40.00


Cartridge
(REC) Big Gas Animal Cakes Live Resin...
$50.00


Cartridge
Big Gas Animal Cake 0.5g LR Vape Cart
$40.00


Cartridge
(MEDICAL) Big Gas | Animal Cake Live Resin...
$39.62


Concentrates
Monster Xtracts Garanimals Cartridges 1...
$40.00


Concentrates
Monster Xtracts Garanimals Cartridges 1...
$40.00


Vape Pens
Big Gas - Animal Cakes .5g Live Resin Cartridge
$35.00


Vape Pens
Big Gas - Animal Cakes Live Resin Cartridge .5G
$35.00


Cartridge
Big Gas- Animal Cake Cartridge *.5g live resin...
$30.00

**Did you find what you were looking for?**

Yes     No

Help us improve our search accuracy and how our customers shop for cannabis.

**weedmaps**

A community connecting cannabis consumers, patients, retailers, doctors, and brands since 2008.

Download on the App Store    GET IT ON Google Play

**Company**
About us
Careers
Help center
Advocacy
Sitemap

**Discover**
Dispensaries
Deliveries
Doctors
Nearby deals
Brands
Strains
News
Gear
Recently viewed

**Business**
Get started
Retailers
Brands
Add a business
Developers

**Legal**
Terms of use
Referral Program terms
Privacy

Copyright © 2020 Weedmaps. weedmaps & wm are registered trademarks of Ghost Management Group, LLC. All Rights Reserved.

Captured by FireShot Pro: 13 August 2020, 15:47:19
https://getfireshot.com

Title: Search for Cannabis Products on Weedmaps
Link: https://weedmaps.com/search?filter[match]=garanimals&filter[boundingRadius]=100mi



Title: Search for Cannabis Products on Weedmaps
Link: https://weedmaps.com/search?filter[match]=garanimals&filter[boundingRadius]=100mi







 

  

Title: Search for Cannabis Products on Weedmaps
Link: https://weedmaps.com/search?filter[match]=garanimals&filter[boundingRadius]=100mi



garanimals    Cleveland, OH

Dispensaries   Deliveries   Maps   Products   Deals   Learn   Strains

Log in   Sign up

Showing 24 results for "garanimals"

100 Miles ×   Clear filters

**Categories**
All Products
Concentrates
Vape pens
Flower

**Brand Verified**
Brand verified ✓

**Order Online**
Order pickup
Order delivery

**Distance**
1 mile
5 miles
20 miles
50 miles
● 100 miles

**Amenities**
Curbside pickup

**Genetics**
Indica
Hybrid

**Brands**
Search 1 Brand
☑ Monster Xtracts

**Business Type**
● Any
Storefronts
Delivery
Mail Order
Doctors
CBD Stores

**Price Range**
● Any
Under $25
$25 To $50
$50 To $100
$100 To $200
$200 And Over

**Weight**
● Any
Each
0.5 Grams
1 Gram
2 Grams
1/8 Oz
1/4 Oz
1/2 Oz
1 Oz


Cartridge
Garanimals 510 1g Cart
✓ Monster Xtracts
★★★★★ 5.0 (1)
$45.00


Sauce
Garanimals Terp Sugar 1g (Cured)
✓ Monster Xtracts
★★★ 3.0 (1)
$60.00 – $100.00


Concentrates
Monster Xtracts Garanimals Cart 1g, Unit
$40.00


Concentrates
Monster Xtracts Garanimals Cart 1g, Unit
$40.00


Concentrates
Monster Xtracts Garanimals Cart 1g, Unit
$40.00


Cartridge
Monster Xtracts – Garanimals 510 Cart 1g...
$40.00


Concentrates
Monster Xtracts Garanimals Cart 1g, Unit
$40.00


Flower
Garanimals (CLDD)
$15.00 – $285.00


Concentrates
Garanimals Cartridge (1g) – Monster
$45.00


Cartridge
Monster Xtracts – Garanimals
$35.00


Live Resin
Monster Xtracts – Cured Resin Terp Sugar...
$55.00


Cartridge
Big Gas Animal Cake LRC .5g
$40.00


Cartridge
Big Gas Animal Cakes Live Resin Cart .5g
$30.00


Concentrates
Big Gas Animal Cake Live Resin .5g, Unit
$35.00


Concentrates
Monster Xtracts Garanimals Cured Resin...
$50.00


Cartridge
Big Gas – Animal Cake LR - .5g
$40.00


Concentrates
Big Gas Animal Cake Live Resin Cart .5g, Unit
$35.00


Concentrates
Big Gas Animal Cake Live Resin .5g, Unit
$35.00


Cartridge
Big Gas – Animal Cake LR Cart - .5g
$40.00


Concentrates
Big Gas Animal Cake Live Resin .5g, Unit
$35.00


Concentrates
Big Gas – Animal Cakes 0.5g Live Resin Cartridge
$35.00


Cartridge
Big Gas – Animal Cake Live Resin .5g Cart
$35.00


Cartridge
Big Gas – Animal Cake Live Resin .5g Cartridge
$35.00


Cartridge
Big Gas | Animal Cake Live Resin Cart | .5g
$35.00

Did you find what you were looking for?

Yes    No

Help us improve our search accuracy and how our customers shop for cannabis.



**weedmaps**

A community connecting cannabis consumers, patients, retailers, doctors, and brands since 2008.

  

**Company**
About us
Careers
Help center
Advocacy
Sitemap

**Discover**
Dispensaries
Deliveries
Doctors
Nearby deals
Brands
Strains
News
Gear
Recently viewed

**Business**
Get started
Retailers
Brands
Add a business
Developers

**Legal**
Terms of use
Referral Program terms
Privacy

Copyright © 2020 Weedmaps, weedmaps & ⧫ are registered trademarks of Ghost Management Group, LLC. All Rights Reserved.

Captured by FireShot Pro: 13 August 2020, 16:12:54
https://getfireshot.com

Title: Search for Cannabis Products on Weedmaps
Link: https://weedmaps.com/search?filter[match]=garanimals&filter[boundingRadius]=100mi

   

Dispensaries   Deliveries   Maps   Products   Deals   Learn   Strains

Showing 47 results for "garanimals"

## Categories
100 Miles ×   Clear filters

All Products
Vape pens
Concentrates
Flower

## Brand Verified
Brand verified

## Order Online
Order pickup
Order delivery

## Distance
1 mile
5 miles
20 miles
50 miles
100 miles

## Amenities
Curbside pickup

## Genetics
Indica
Hybrid

## Brands
Search 1 Brand
Monster Xtracts

## Business Type
Any
Storefronts
Delivery
Mail Order
Doctors
CBD Stores

## Price Range
Any
Under $25
$25 To $50
$50 To $100
$100 To $200
$200 And Over

## Weight
Any
Each
0.5 Grams
1 Gram
2 Grams
1/8 Oz
1/4 Oz
1/2 Oz
1 Oz


Sauce
Garanimals Terp Sugar 1g (Cured)
Monster Xtracts
★★★☆☆ 3.0 (1)
$60.00


Cartridge
Garanimals 510 1g Cart
Monster Xtracts
★★★★★ 5.0 (1)
$45.00


Concentrates
Monster Xtracts Garanimals Cart 1g, Unit
$40.00


Cartridge
Monster Xtracts - Garanimals 510 Cart 1g...
$40.00


Concentrates
Monster Xtracts Garanimals Cart 1g, Unit
$40.00


Concentrates
(MED) Garanimals 510 1G-Monster X
$30.00


Concentrates
MED Monster Garanimals Terp Sugar
$65.00


Concentrates
Monster Xtracts Garanimals Cart 1g, Unit
$40.00


Concentrates
(MED) Cured Resin Garanimals Terp Sugar-...
$50.00


Concentrates
Monster Xtracts Garanimals Cart 1g, Unit
$40.00


Flower
Garanimals (CLDD)
$15.00 – $285.00


Concentrates
Garanimals 1g 510 Cart by Monster Xtracts
$50.00


Concentrates
Garanimals Cartridge (1g) – Monster
$45.00


Cartridge
Monster Xtracts - Garanimals
$35.00


Cartridge
Monster Xtracts - Garanimals 1G
$35.00


Cartridge
Big Gas Animal Cake Live Resin 510 Cart .5g
$35.00


Crystalline
Monster Extracts - Garanimals 1g Terp Sugar
$50.00


Cartridge
Monster Extracts - Garanimals 1g Vape Cart
$40.00


Live Resin
Monster Xtracts - Cured Resin Terp Sugar...
$55.00


Concentrates
Monster X Garanimals 510 1G Cart, Unit
$37.74


Concentrates
Monster Xtracts Garanimals Cured Resin...
$50.00


Concentrates
Big Gas Animal Cake Live Resin Cart .5g, Unit
$35.00


Cartridge
Big Gas Animal Cakes Live Resin Cart .5g
$30.00

Concentrates
Big Gas Animal Cake Live Resin .5g, Unit
$35.00

Title: Search for Cannabis Products on Weedmaps
Link: https://weedmaps.com/search?filter[match]=garanimals&filter[boundingRadius]=100mi






Concentrates
**Big Gas Animal Cake Live Resin Cart .5g, Unit**
$35.00

Cartridge
**Big Gas Animal Cake LRC .5g**
$40.00

Cartridge
**Big Gas Animal Cake LR .5G Cart**
$40.00

Vape Pens
**Big Gas - Animal Cakes .5g Live Resin Cartridge**
$35.00






Cartridge
**Big Gas - Animal Cake LR - .5g**
$40.00

Concentrates
**Big Gas Animal Cake Live Resin Cart .5g, Unit**
$35.00

Cartridge
**Big Gas - Animal Cake LR Cart - .5g**
$40.00

Concentrates
**Big Gas Animal Cake .5G LR Wax**
$35.00






Cartridge
**Big Gas | Animal Cake Live Resin Cartridge | .5g**
$45.00

Cartridge
**(MED) Big Gas | Animal Cake Live Resin Cart .5g**
$40.00

Concentrates
**Big Gas - Animal Cake - Live Resin - .5g**
$40.00

Cartridge
**Big Gas - Animal Cake - Live Resin $10 Cart - .5g**
$45.00






Cartridge
**(MEDICAL) Big Gas | Animal Cake Live Resin...**
$39.62

Cartridge
**Big Gas Animal Cake 0.5g LR Vape Cart**
$40.00

Cartridge
**(MED) Big Gas | Animal Cakes Live Resin Cart .5g**
$40.00

Cartridge
**Big Gas - Animal Cakes 0.5g Live Resin Cartridge**
$35.00






Cartridge
**Big Gas - Animal Cake Live Resin .5g Cart**
$35.00

Cartridge
**(MED) Big Gas Animal Cakes Live Resin...**
$40.00

Cartridge
**(REC) Big Gas Animal Cakes Live Resin...**
$50.00

Cartridge
**Big Gas - Animal Cake .5g Live Resin Vape Cart**
$35.00





Cartridge
**Big Gas | Animal Cake Live Resin Cart | .5g**
$35.00

Cartridge
**Big Gas - Animal Cake Live Resin .5g Cartridge**
$35.00

Concentrates
**Big Gas | Animal Cake | .5g Live Resin Cart**
$40.00

---

**Did you find what you were looking for?**

| Yes | No |

Help us improve our search accuracy and how our customers shop for cannabis.

Title: Search for Cannabis Products on Weedmaps
Link: https://weedmaps.com/search?filter[match]=garanimals&filter[boundingRadius]=100mi



A community connecting cannabis consumers, patients, retailers, doctors, and brands since 2008.

 

**Company**
About us
Careers
Help center
Advocacy
Sitemap

**Discover**
Dispensaries
Deliveries
Doctors
Nearby deals
Brands
Strains
News
Gear
Recently viewed

**Business**
Get started
Retailers
Brands
Add a business
Developers

**Legal**
Terms of use
Referral Program terms
Privacy

Copyright © 2020 Weedmaps.   are registered trademarks of Ghost Management Group, LLC. All Rights Reserved.

Title: Wunderland Garanimals 4g 10 Pack Pre-roll - Roots Dispensary | Weedmaps
Link: https://weedmaps.com/dispensaries/kush-korner-35c03952-24fb-4ac9-a879-c52b0f87351d/menu/wunderland-garanimals-4g-10-pack-pre-roll



‹  Roots Dispensary

Flower
## Wunderland Garanimals 4g 10 Pack Pre-roll



Pickup at Roots Dispensary

**$34.00** each

Quantity

−   1   +

**Add to cart**

♡ Favorite     ↰ Share



### Get mobile

 iOS      Android



## weedmaps

A community connecting cannabis consumers, patients, retailers, doctors, and brands since 2008.

 App Store     Google Play

**Company**
About us
Careers
Help center
Advocacy
Sitemap

**Discover**
Dispensaries
Deliveries
Doctors
Nearby deals
Brands
Strains
News
Gear
Recently viewed

**Business**
Get started
Retailers
Brands
Add a business
Developers

**Legal**
Terms of use
Referral Program terms
Privacy

Copyright © 2020 Weedmaps. weedmaps & wm are registered trademarks of Ghost Management Group, LLC. All Rights Reserved.

Title: Search for Cannabis Products on Weedmaps
Link: https://weedmaps.com/search?filter[match]=garanimals&filter[boundingRadius]=100mi



Captured by FireShot Pro: 13 August 2020, 16:16:38
https://getfireshot.com

Title: Search for Cannabis Products on Weedmaps
Link: https://weedmaps.com/search?filter[match]=garanimals&filter[boundingRadius]=100mi



# EXHIBIT 2

| MARK | APP. NO.<br>APP. DATE | REG. NO.<br>REG. DATE | GOODS AND SERVICES |
|---|---|---|---|
| EASY-PEASY BY GARANIMALS | **App** 97022900<br>**App** September 15, 2021 | | **IC 24** BATH LINEN; BED BLANKETS; BED LINEN; CRIB BUMPERS; HOUSEHOLD LINEN; SWADDLING BLANKETS. |
| EASY-PEASY BY GARANIMALS | **App** 97022387<br>**App** September 15, 2021 | | **IC 18** BACKPACKS; KNAPSACKS; UMBRELLAS; WALLETS; ALL-PURPOSE CARRYING BAGS; CHANGE PURSES; DUFFLE BAGS; FANNY PACKS; TOTE BAGS. |
| EASY-PEASY BY GARANIMALS | **App** 97022381<br>**App** September 15, 2021 | | **IC 25** FOOTWEAR; HEADWEAR; HOSIERY; SLEEPWEAR; BOTTOMS AS CLOTHING; TOPS AS CLOTHING. |
| GARANIMALS | **App** 90432856<br>**App** December 30, 2020 | | **IC 35** ON-LINE RETAIL STORE SERVICES FEATURING APPAREL, FOOTWEAR, CARRYING BAGS, HOUSEHOLD LINEN, TOYS, GAMES AND PUZZLES |
| GARANIMALS READING ZOO | **App** 90298646<br>**App** November 4, 2020 | | **IC 41** PROVIDING ONLINE INFORMATION IN THE FIELD OF EDUCATIONAL PUBLICATIONS ABOUT ANIMALS; PROVIDING ON-LINE NON-DOWNLOADABLE PUBLICATIONS, NAMELY, BOOKS, NEWSLETTERS AND MAGAZINES IN THE FIELD OF ANIMALS |
| 365 KIDS<br>FROM GARANIMALS | **App** 90298366<br>**App** November 4, 2020 | | **IC 9** SUNGLASSES<br>**IC 14** RINGS, BRACELETS, NECKLACES, JEWELRY BOXES<br>**IC 18** BAGS, NAMELY, SPORTS BAGS, BACKPACKS, PURSES, ALL-PURPOSE CARRYING BAGS, AND UMBRELLAS<br>**IC 25** HEADBANDS<br>**IC 26** BARRETTES AND HAIR CLIPS |
| GARANIMALS WE GO TOGETHER | **App** 88833017<br>**App** 13-MAR-2020 | | **INT. CL. 25** CLOTHING, NAMELY, TOPS AND BOTTOMS; CLOTHING, NAMELY, ONE PIECE GARMENTS FOR CHILDREN |
| **GARANIMALS** | **App** 88816999<br>**App** 02-MAR-2020 | | **INT. CL. 25** CLOTHING, NAMELY, TOPS AND BOTTOMS; CLOTHING, NAMELY, ONE PIECE GARMENTS FOR CHILDREN |
| **365 KIDS** from GARANIMALS | **App** 88817010<br>**App** 02-MAR-2020 | | **INT. CL. 25** CLOTHING, NAMELY, TOPS AND BOTTOMS; CLOTHING, NAMELY, ONE PIECE GARMENTS FOR CHILDREN |
| **365KiDS** from GARANIMALS | **App** 88817070<br>**App** 02-MAR-2020 | | **INT. CL. 25** CLOTHING, NAMELY, TOPS AND BOTTOMS; CLOTHING, NAMELY, ONE PIECE GARMENTS FOR CHILDREN |
| **365 KiDS** from GARANIMALS | **App** 88817094<br>**App** 02-MAR-2020 | | **INT. CL. 25** CLOTHING, NAMELY, TOPS AND BOTTOMS; CLOTHING, NAMELY, ONE PIECE GARMENTS FOR CHILDREN |

| MARK | APP. NO.<br>APP. DATE | REG. NO.<br>REG. DATE | GOODS AND SERVICES |
|---|---|---|---|
| 365 KiDS from GARANIMALS | **App** 88817121<br>**App** 02-MAR-2020 | | **INT. CL. 25** CLOTHING, NAMELY, TOPS AND BOTTOMS; CLOTHING, NAMELY, ONE PIECE GARMENTS FOR CHILDREN |
| 365KiDS from GARANIMALS | **App** 88817137<br>**App** 02-MAR-2020 | | **INT. CL. 25** CLOTHING, NAMELY, TOPS AND BOTTOMS; CLOTHING, NAMELY, ONE PIECE GARMENTS FOR CHILDREN |
| GARANIMALS | **App** 88695065<br>**App** 16-NOV-2019 | | **INT. CL. 16** A SERIES OF CHILDREN'S BOOKS<br>**INT. CL. 18** ACCESSORIES, NAMELY, TOTE BAGS, BACKPACKS, FANNY PACKS, MESSENGER BAGS, HANDBAGS, WALLETS, KNAPSACKS, CHANGE PURSES, DUFFLE BAGS, BEACH BAGS, AND UMBRELLAS |
| 365 KiDS garanimals | **App** 87898875<br>**App** 28-APR-2018 | **Reg** 5938926<br>**Reg** 17-DEC-2019 | **INT. CL. 25** CLOTHING, NAMELY, ONE PIECE GARMENTS FOR CHILDREN; CLOTHING, NAMELY, TOPS AND BOTTOMS |
| GARANIMAL CRIBSIES | **App** 86559641<br>**App** 10-MAR-2015 | **Reg** 5023392<br>**Reg** 16-AUG-2016 | **INT. CL. 25** INFANT BODYSUITS; INFANT ROMPER SUITS |
| CRIBSIES BY GARANIMALS | **App** 86559662<br>**App** 10-MAR-2015 | **Reg** 5023393<br>**Reg** 16-AUG-2016 | **INT. CL. 25** INFANT BODYSUITS; INFANT ROMPER SUITS |
| BABY BASICS FROM GARANIMALS | **App** 85847336<br>**App** 12-FEB-2013 | **Reg** 5041381<br>**Reg** 13-SEP-2016 | **INT. CL. 25** CLOTHING, NAMELY, TOPS AND BOTTOMS |
| 365 KiDS From Garanimals | **App** 85822956<br>**App** 14-JAN-2013 | **Reg** 4573171<br>**Reg** 22-JUL-2014 | **INT. CL. 25** CLOTHING, NAMELY, TOPS, BOTTOMS |
| 365 KiDS From Garanimals | **App** 85822988<br>**App** 14-JAN-2013 | **Reg** 4889844<br>**Reg** 19-JAN-2016 | **INT. CL. 25** CLOTHING, NAMELY, TOPS, BOTTOMS |
| 365 KIDS FROM GARANIMALS | **App** 85980144<br>**App** 28-NOV-2012 | **Reg** 4430103<br>**Reg** 05-NOV-2013 | **INT. CL. 25** CLOTHING, NAMELY, TOPS, BOTTOMS, SWEATSHIRTS AND HOODIES; SLEEPWEAR |
| EVERYDAY GARANIMALS | **App** 85736972<br>**App** 24-SEP-2012 | **Reg** 4472043<br>**Reg** 21-JAN-2014 | **INT. CL. 25** CLOTHING, NAMELY, TOPS AND BOTTOMS |
| GARANIMALS EVERYDAY | **App** 85736979<br>**App** 24-SEP-2012 | **Reg** 4467507<br>**Reg** 14-JAN-2014 | **INT. CL. 25** CLOTHING, NAMELY, TOPS AND BOTTOMS |

| MARK | APP. NO.<br>APP. DATE | REG. NO.<br>REG. DATE | GOODS AND SERVICES |
|---|---|---|---|
| Garanimals | **App** 85392470<br>**App** 08-AUG-2011 | **Reg** 4238802<br>**Reg** 06-NOV-2012 | **INT. CL. 25** CLOTHING, NAMELY, TOPS, BOTTOMS AND FOOTWEAR |
| Garanimals | **App** 85392495<br>**App** 08-AUG-2011 | **Reg** 4238803<br>**Reg** 06-NOV-2012 | **INT. CL. 25** CLOTHING, NAMELY, TOPS, BOTTOMS AND FOOTWEAR |
| GARANIMALS | **App** 85183797<br>**App** 23-NOV-2010 | **Reg** 4191352<br>**Reg** 14-AUG-2012 | **INT. CL. 16** CHILDREN'S BOOKS, CHILDREN'S ACTIVITY BOOKS, BOOKS THAT CAN BE USED IN THE BATH<br>**INT. CL. 24** BEDDING, NAMELY, BED SHEETS, COMFORTERS, BLANKETS, RECEIVING BLANKETS, PLUSH BLANKETS, FLANNEL BLANKETS, SWADDLE BLANKETS; THROWS, CRIB BUMPERS, BASSINET SHEETS, SHEET SAVERS, MATTRESS PADS, FABRIC VALANCES, FABRIC DIAPER STACKERS<br>**INT. CL. 25** FOOTWEAR; SHOES, ATHLETIC SHOES, SANDALS, SLIPPERS, HOSIERY, SOCKS, TIGHTS, LEG WARMERS, LEGGINGS; CHILDREN'S AND INFANTS' CLOTH BIBS |
| GARANIMALS BABY BASICS | **App** 77956700<br>**App** 11-MAR-2010 | **Reg** 4050024<br>**Reg** 01-NOV-2011 | **INT. CL. 24** CLOTHS, NAMELY, FACE CLOTHS, WASH CLOTHS; CHILDREN'S BLANKETS, RECEIVING BLANKETS AND HOODED TOWELS<br>**INT. CL. 25** CLOTHING, NAMELY, TOPS, BOTTOMS, BABY BODYSUITS, GOWNS, SOCKS, HATS, MITTENS, BIBS NOT OF PAPER |
| GARANIMALS | **App** 77979530<br>**App** 18-SEP-2008 | **Reg** 3823199<br>**Reg** 20-JUL-2010 | **INT. CL. 28** TOYS, GAMES AND PLAYTHINGS, NAMELY, STUFFED TOYS, PLUSH TOYS, BEAN BAG PLUSH, PUPPETS, TOY PLASTIC FIGURES, PLASTIC PLAYSETS FOR USE IN THE BATH OR AT THE BEACH, PLASTIC PLAYSETS, NAMELY, PLASTIC SHAPE SORTERS, PLASTIC STACKING BLOCKS, LEARNING TOYS, PULL TOYS, MUSICAL TOYS, BOARD GAMES, CARD GAMES, MATCHING GAMES, PUZZLES, TOY BUILDING BLOCKS, TOY SOFT BLOCKS |
| GARANIMALS | **App** 77570759<br>**App** 16-SEP-2008 | **Reg** 3803956<br>**Reg** 15-JUN-2010 | **INT. CL. 25** FOOTWEAR |
| Garanimals | **App** 77981916<br>**App** 19-SEP-2007 | **Reg** 3994760<br>**Reg** 12-JUL-2011 | **INT. CL. 25** SWEATERS, JEANS, BATHING SUITS, SWIMWEAR, SLEEPWEAR, LEOTARDS, TIGHTS, ROMPERS, UNDERWEAR, HOSIERY |

| MARK | APP. NO.<br>APP. DATE | REG. NO.<br>REG. DATE | GOODS AND SERVICES |
|---|---|---|---|
| Garanimals | **App** 77978022<br>**App** 19-SEP-2007 | **Reg** 3706928<br>**Reg** 03-NOV-2009 | **INT. CL. 25** CLOTHING, NAMELY, TOPS AND BOTTOMS, SWEATSHIRTS, PANTS, JEANS, SWEATPANTS, SHORTS, LEGGINGS, CAPRIS, DRESSES, HOODS, CREEPERS; AND FOOTWEAR, NAMELY, SHOES, BOOTS, SANDALS, SNEAKERS |
| Garanimals | **App** 73561825<br>**App** 07-OCT-1985 | **Reg** 1393357<br>**Reg** 13-MAY-1986 | **INT. CL. 25** CLOTHING, NAMELY, SHIRTS, PANTS, TOPS, SHORTS, SKIRTS, DRESSES, SUNDRESSES |
| GARANIMALS | **App** 73561869<br>**App** 07-OCT-1985 | **Reg** 1393358<br>**Reg** 13-MAY-1986 | **INT. CL. 25** CLOTHING, NAMELY, SHIRTS, PANTS, TOPS, SHORTS, SLEEPWEAR AND HOSIERY |
| Garanimals | **App** 73250046<br>**App** 13-FEB-1980 | **Reg** 1162044<br>**Reg** 21-JUL-1981 | **INT. CL. 25** CLOTHING, NAMELY, PANTS, TOPS, COVERALLS, OVERALLS, SUN SUITS, JUMPERS, SMOCKS, SHIRTS, BLOUSES, SHORTS, SKIRTS AND JEANS |
| GARANIMAL | **App** 72422254<br>**App** 24-APR-1972 | **Reg** 0954125<br>**Reg** 27-FEB-1973 | **U.S. CL. 39** CHILDREN'S SHIRTS AND PANTS |